No. 95-389. WALKER v. RUSSELL, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 95-401. KNOTT v. HOLTZMAN. Sup. Ct. Wis. Certiorari denied. 

No. 95-418. CANEZ v. LABORERS' INTERNATIONAL UNION OF NORTH AMERICA ET AL. C. A. 9th Cir. Certiorari denied. ██ 

No. 95-419. TAYLOR v. GOODYEAR TIRE & RUBBER CO. C. A. 6th Cir. Certiorari denied. 

No. 95-427. COUNTY OF SAGINAW ET AL. v. WHALEY ET AL. C. A. 6th Cir. Certiorari denied. 

No. 95-435. BATTLE v. DUKE UNIVERSITY ET AL. C. A. 4th Cir. Certiorari denied. 

No. 95-438. BERKSON v. SILVERMAN, CHIEF, NEW JERSEY BUREAU OF SECURITIES. Sup. Ct. N. J. Certiorari denied. 

No. 95-439. FLAHERTY ET UX. v. NATIONAL MARINE FISHERIES SERVICE ET AL. C. A. 2d Cir. Certiorari denied. 

No. 95-443. BONAR v. (BONAR) MOSER. Cir. Ct. Tucker County, W. Va. Certiorari denied.

No. 95-445. ERNST & YOUNG v. RHODE ISLAND DEPOSITORS ECONOMIC PROTECTION CORPORATION ET AL. Sup. Ct. R. I. Certiorari denied. 

No. 95-449. HOUSING AUTHORITY OF THE SAC AND FOX NATION v. LEWIS ET VIR. Sup. Ct. Okla. Certiorari denied. 

No. 95-455. FRASER v. LINTAS: CAMPBELL-EWALD ET AL. C. A. 6th Cir. Certiorari denied. 

No. 95-464. MANNA v. DEPARTMENT OF JUSTICE ET AL. C. A. 3d Cir. Certiorari denied. 

No. 95-472. HASTINGS v. SMALL BUSINESS ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.